No. 75–680. CAMPBELL ET AL. v. BEAUGHLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–710. BOLT, BERANEK & NEWMAN, INC. v. MC-DONNELL DOUGLAS CORP. C. A. 8th Cir. Certiorari denied.

No. 75–722. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO v. REA EXPRESS, INC. C. A. 2d Cir. Certiorari denied.

No. 75–728. ROSENSTOCK v. ROSENSTOCK. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–733. LONG ISLAND LIGHTING CO. ET AL. v. STANDARD OIL COMPANY OF CALIFORNIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–738. TESAR v. TOWN OF CRETE, NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 75–749. NORRIS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 75–752. DECOSTA v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–755. 28 EAST JACKSON ENTERPRISES, INC. v. CULLERTON, COOK COUNTY ASSESSOR, ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–756. SMITH ET AL. v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.